# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**813**
**CA 15-01909**
PRESENT: SMITH, J.P., CARNI, LINDLEY, DEJOSEPH, AND SCUDDER, JJ.

---

LORRAINE MURRAY, PLAINTIFF-APPELLANT,

V                                                                    ORDER

SHANITA P. PARSON, DEFENDANT-RESPONDENT.

---

CELLINO & BARNES, P.C., BUFFALO (SCOTT D. CARLTON OF COUNSEL), FOR PLAINTIFF-APPELLANT.

LAW OFFICE OF DANIEL R. ARCHILLA, BUFFALO (EMILY M. COBB OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered March 31, 2015. The order denied the motion of plaintiff for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on August 30, 2016, and filed in the Monroe County Clerk's Office on September 22, 2016,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered: October 7, 2016                          Frances E. Cafarell
                                                  Clerk of the Court